| | | | |
|---|---|---|---|
| Lorenzo v. Milner; Lorenzo, In re .... | 03/30/2016 | 555 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Lorenzo v. Milner; Lorenzo, In re .... | 03/30/2016 | 554 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Lorenzo v. Milner; Lorenzo, In re .... | 03/30/2016 | 553 EAL (2015) | Denied | Pa.Super., 131 A.3d 105 |
| Marsteller v. Hanks | 03/30/2016 | 955 MAL (2015) | Denied | Pa.Super., 133 A.3d 74 |
| McGarry v. Philly Rock Corp. [31] | 03/30/2016 | 846 MAL (2015) | Denied | Pa.Super., 134 A.3d 97 |
| Pierre v. MP Cloverly Partners, LP ... | 03/23/2016 | 592 EAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Pierre v. Post Commercial Real Estate ............. | 03/23/2016 | 593 EAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Sales v. Sales [32] .... | 03/23/2016 | 4 WAL (2016) | Denied | Pa.Super., 134 A.3d 485 |
| Shettle v. Myers .... | 03/30/2016 | 677 MAL (2015) | Denied | Pa.Super., 131 A.3d 86 |
| Swartz, In re Estate of; Mackerchar, In re [33] ............. | 03/23/2016 | 886 MAL (2015) | Denied | Pa.Super., 131 A.3d 99 |
| Trivitt v. Serfass [34] .. | 03/23/2016 | 880 MAL (2015) | Denied | Pa.Super., 131 A.3d 99 |

**31.** Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

**32.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**33.** Reconsideration Denied April 29, 2016.

**34.** Justice DONOHUE did not participate in the consideration or decision of this matter.